# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-0055-GW-PDx | Date | August 20, 2024 |
|---|---|---|---|
| Title | *Najuah Mudahy v. Centene Management Company, LLC, et al.* | | |

**Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:   IN CHAMBERS - COURT ORDER**

On September 15, 2023, the Court granted the parties' stipulation requesting a continuance of class discovery and class certification in light of the parties' mediation. See Docket No. 24. The motion for class certification was to be filed by June 17, 2024, Defendant's opposition was to be filed by July 29, 2024, and Plaintiff's reply was to be filed by August 19, 2024. See id. Each of these deadlines has passed, no action has been taken in this matter, and the Court has not been apprised of any status updates in the intervening year since approving the operative scheduling stipulation. The Court previously indicated that there will be no further continuances granted as to the motion for class certification. See id.

The Court therefore converts the September 5, 2024 hearing on the motion for class certification into an order to show cause why the case should not be dismissed for lack of prosecution. By noon on September 2, 2024, the parties shall either stipulate to a dismissal of the action or file a joint status report indicating why the case should not be dismissed for lack of prosecution.

:

Initials of Preparer   JG