**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJUAH MUDAHY, on behalf of herself and others similarly situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>CENTENE MANAGEMENT COMPANY, LLC; HEALTH NET, LLC; and DOES 1 to 100, inclusive,<br><br>DEFENDANTS | Case No. CV 23-00055-GW-PDx<br><br>Hon. George H. Wu<br><br>**ORDER RE JOINT STIPULATION TO DISMISS THIS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: November 29, 2022<br>Removal Filed: January 5, 2023 |

JOINT STIPULATION TO DISMISS

# ORDER

**IT IS HEREBY ORDERED** that Plaintiff's individual wage and hour claims are dismissed without prejudice and the class wage and hour claims are dismissed without prejudice. All claims against Defendants will be dismissed pursuant to the stipulation of the parties and the terms of this Order, and this action will be closed. Each party is to bear her or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: August 30, 2024     By: _____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE